Mark N. Mutterperl (admitted *pro hac vice*)
Colin Foley
Chehrazade Chemcham
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York  10103-3198
Telephone:  (212) 318-3000
Facsimile:  (212) 318-3400
Email:  mmutterperl@fulbright.com
Email:  cfoley@fulbright.com
Email:  cchemcham@fulbright.com

Sarah Silbert (SBN 198594)
Fulbright & Jaworski L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494
Email:  silbert@fulbright.com

Attorneys for Defendants, Counterclaim-Plaintiffs
RAFFLES INTERNATIONAL LIMITED and
FAIRMONT RAFFLES HOTELS
INTERNATIONAL (U.S.) INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAHEIM RAFFLES INN, LLC<br><br>Plaintiff,<br><br>v.<br><br>RAFFLES INTERNATIONAL LIMITED; RAFFLES INTERNATIONAL HOTELS & RESORTS, INC.; RAFFLES SUITES & INNS, INC.; FAIRMONT RAFFLES HOTELS INTERNATIONAL (U.S.) INC.,<br><br>Defendants. | CASE NO.:  SACV 08-1399 (DOC) (MLGx)<br><br>**[PROPOSED] ORDER FOR ENTRY OF STIPULATION FOR PROTECTIVE ORDER RE CONFIDENTIALITY** |

| | |
|---|---|
| 1 | |
| 2 | RAFFLES INTERNATIONAL LIMITED and FAIRMONT RAFFLES HOTELS INTERNATIONAL (U.S.) INC., |
| 3 | |
| 4 | Counterclaim-Plaintiffs, |
| 5 | v. |
| 6 | ANAHEIM RAFFLES INN, LLC; DKN HOTELS, LLC; and BEST WESTERN INTERNATIONAL, INC., |
| 7 | |
| 8 | Counterclaim-Defendants. |

In consideration of the stipulation by the parties, it is hereby ordered that the Stipulation for Protective Order re Confidentiality shall be entered and shall govern the disclosure of confidential information during discovery in this litigation.

DATED: July 7, 2009

*[signature]*

MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE