```
 1  Mark N. Mutterperl (Admitted Pro Hac Vice)
    Fulbright & Jaworski L.L.P.
 2  666 Fifth Avenue
    New York, New York  10103-3198
 3  Telephone:  (212) 318-3000
    Facsimile:  (212) 318-3400
 4
    Brandon C. Fernald (CA SBN 222429)
 5  Fulbright & Jaworski L.L.P.
    555 South Flower Street, 41st Floor
 6  Los Angeles, California  90071
    Telephone:  (213) 892-9200
 7  Facsimile:  (213) 892-9494
 8  Attorneys for Defendants, Counterclaim-Plaintiffs
    RAFFLES INTERNATIONAL LIMITED and
 9  FAIRMONT RAFFLES HOTELS
    INTERNATIONAL (U.S.) INC.
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAHEIM RAFFLES INN, LLC,<br><br>Plaintiff,<br>v.<br><br>RAFFLES INTERNATIONAL LIMITED; RAFFLES INTERNATIONAL HOTELS & RESORTS, INC.; RAFFLES SUITES & INNS; and FAIRMONT RAFFLES HOTELS INTERNATIONAL (U.S.) INC.,<br><br>Defendants.<br><br>RAFFLES INTERNATIONAL LIMITED and FAIRMONT RAFFLES HOTELS INTERNATIONAL (U.S.) INC.<br><br>Counterclaim-Plaintiffs<br>v.<br><br>ANAHEIM RAFFLES INN, LLC; DKN HOTEL, LLC; and BEST WESTERN INTERNATIONAL, INC.<br>Counterclaim-Defendants. | Case No.: SACV 08-1399 (DOC) (MLGx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ALL CLAIMS AGAINST ALL PARTIES WITH PREJUDICE |

-1-

Case No. SACV 08-1399 (DOC) (MLGx)

1 | Based on the stipulation of the parties and for good cause shown:
2 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
3 |     1.    That all claims against all parties are hereby dismissed with prejudice;
4 | and,
5 |     2.    That each party is to bear its own attorneys' fees and costs.
6 | **IT IS SO ORDERED.**

DATED: Feb 16, 2010 ~~November ___, 2009~~

*/s/ David O. Carter*

United States District Judge
**DAVID O. CARTER**